USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-8-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
   LOPEZ,

                               Plaintiff,

          -against-

   NYC DEPARTMENT OF CORRECTION
   Et al,
                              Defendant.
-------------------------------------------------------------x

1:19-cv-03887 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 11, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 21). Plaintiff is ORDERED to respond to Defendant's letter motion by January 23, 2020, indicating its position on Defendants' contemplated motion.

**SO ORDERED.**

**Dated:** January 8, 2020

        New York, New York

                                                   ANDREW L. CARTER, JR.
                                                   United States District Judge