UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY LOPEZ,

                    Plaintiff,

     -against-                                    19 **CIVIL** 3887 (MKV)

                                                           **JUDGMENT**

THE CITY OF NEW YORK, CAPTAIN AVON,
DEPUTY WARDEN MITCHELL, and
CHARLES APPIAH, Physician's Assistant,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2021, the Motion to Dismiss filed by Defendants The City of New York, Captain Avin, and Deputy Warden Mitchell is GRANTED and the claims against Physician's Assistant Charles Appiah is DISMISSED sua sponte. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is DENIED for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York

       February 9, 2021

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                       **BY:**

                                                              **Deputy Clerk**